**Edward Martin MCKENNA, Sr., Plaintiff–Appellant,**

v.

**R.C. LEE; Jim Godwin; Andy Artola; Judy Chapman; George Lipscomb; Janice Faulkner; Carol Howard; Lynn Phillips; Theodis Beck; John Does 1 through 34; 3M Corporation, Defendants–Appellees,**

and

**Michael F. Easley; Hal F. Askins; Jeffrey R. Edward; Martin T. Walter; Douglas F. McIntosh; Mark A. Lewis; Susan Freya Olive; Peter L. Olson;**

**Charles Bullock; Finesse Couch; Reginald Mewborn; J. Bake Williams; Gregory T. Wah; Patrick Ballantine, Defendants.**

No. 01–1493.

United States Court of Appeals, Fourth Circuit.

Submitted July 12, 2001.

Decided July 19, 2001.

Edward Martin McKenna, Sr., pro se. James Donald Cowan, Jr., Smith, Helms, Mulliss & Moore, L.L.P., Greensboro, NC, for appellees.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

PER CURIAM.

Edward Martin McKenna, Sr. appeals the district court's order dismissing certain named and unnamed defendants. Appellee 3M Corporation has moved to dismiss the appeal. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We grant Appellee 3M Corporation's motion to dismiss and dismiss the appeal as interlocutory as to all Appellees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*